No. —, original. Ex parte BENJAMIN. Motion submitted April 14, 1930. Decided April 21, 1930. The motion for leave to file petition for a writ of *habeas corpus* is denied. *Mr. Jehudah Benjamin, pro se.*